THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MONICA E. TAIT
Assistant United States Attorney
California Bar Number 157311
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931
    Facsimile: (213) 894-7177
    E-mail: Monica.Tait@usdoj.gov
Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
MAY - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CV 07-5492 VBF (FFMx) |
|     Plaintiff, ) | [proposed] CONSENT JUDGMENT AS TO THE INTERESTS OF JOSE ESCOBAR, SR. |
|     v. ) | |
| REAL PROPERTY LOCATED AT 4300-4302 E. 3RD STREET, LOS ANGELES, CALIFORNIA, et al., ) | [THIS ORDER IS NOT CASE-DISPOSITIVE] |
|     Defendants. ) | |
| JOSE ESCOBAR, LINDA U.S. ESCOBAR, MODESTA SALAS, OMNI BANK, N.A., AND CITY OF BALDWIN PARK, ) | |
|     Claimants. ) | |

The court having reviewed the stipulation of Plaintiff United States of America and claimant Jose G. Escobar ("Escobar Sr."), IT IS HEREBY ORDERED AS FOLLOWS:

CV 07-5492 Sr.

1. Escobar Sr. has claimed to have an interest in the following defendant properties:

    a. <u>Real Property located at 4300-4302 E. 3rd Street, Los Angeles, California</u> (the "3rd Street property") which has assessor's parcel numbers ("APNs") 5236-019-026 and 5236-019-003. A legal description of the 3rd Street property is attached as Exhibit A.

    b. <u>Real property located at 3026 Frazier St., Baldwin Park, California</u> ("Frazier property"), APN 8556-022-011. A legal description of the Frazier property is attached as Exhibit B.

    c. <u>Real property located at 2617 E. Cesar Chavez Ave., Los Angeles, California</u> ("Cesar Chavez property"), APN 5177-033-015. A legal description of the Cesar Chavez property is attached as Exhibit C.

    d. <u>The real property located in Long Beach, California (Escobar)</u> ("Long Beach property"), APN 7303-012-047. A legal description of the Long Beach property is attached as Exhibit D.

    e. <u>Real Property Located in West Covina, California (Escobar)</u> ("Escobar's residence"), APN 8467-037-004. A legal description of Escobar's residence is attached as Exhibit E.

    f. <u>Real Property Located in Los Angeles, California (ESCOBAR/SALAS)</u> (the "Los Angeles property"), APN 5128-009-009. A legal description of the Los Angeles property is attached as Exhibit F.

2. Other claimants to some or all of the defendant

properties include Linda U.S. Escobar, Modesta Salas, Washington Mutual Bank, Omni Bank, N.A., and City of Baldwin Park. To the extent persons and entities other than Escobar Sr. have already filed timely claims to one or more of the defendant properties, this Consent Judgment does not affect the interests of such parties.

3. It is the intent of the United States and Escobar Sr. to resolve all of their competing claims to the defendant properties by their Stipulation and this Consent Judgment as to Interests of Jose Escobar Sr. These parties' agreement to their Stipulation is dependent upon the execution by all parties identified below of the following stipulations:

    a. A Stipulation between the United States and Linda U.S. Escobar and Modesta Salas in this action, described in paragraph 5 below;

    b. A Stipulation between the United States, Escobar Sr., and Linda U.S. Escobar in the matter <u>United States v. Vehicles Seized from Brooklyn Auto Sales Business Locations, et al.</u>, CV 08-00035 VBF (FFMx);

    c. A Stipulation between the United States, Escobar Sr., and Linda U.S. Escobar in the matter <u>United States v. Two 2007 Nissan Altimas, et al.</u> CV 08-1545 VBF (FFMx); and

    d. A Stipulation between the United States, Escobar Sr., and Linda U.S. Escobar in the matter <u>United States v. One 2002 BMW 745i</u>, CV 08-2227 VBF (FFMx).

4. All right, title, and interest of Escobar Sr. in the 3rd Street property, the Cesar Chavez property, and the Long

1  Beach property is hereby condemned and forfeited to the United
2  States of America.
3       5.   The United States, Linda U.S. Escobar, and Modesta
4  Salas have stipulated to dismiss the government's claims for the
5  forfeiture of the Frazier property, Escobar's residence, and the
6  Los Angeles property ("the released properties"). The United
7  States will seek the consent of Washington Mutual Bank, Omni
8  Bank, N.A., and City of Baldwin Park to such dismissal, or in the
9  alternative, will move the court for an order dismissing the
10 released properties as defendants in this case. In consideration
11 for Escobar Sr.'s agreement to this stipulation and the other
12 stipulations set forth in paragraph 3, the United States has
13 disclaimed any intent to forfeit the released properties as
14 prayed in its Complaint and First Amended Complaint, and
15 recognizes the claims of Escobar Sr. to the released properties
16 pursuant to 28 U.S.C. § 2465(b)(2)(C).
17      6.   Except as to such rights and obligations created by the
18 parties' Stipulation and this Consent Judgment, Escobar Sr.
19 releases and holds harmless the United States (and any state or
20 local law enforcement agency), and any agents, servants, and
21 employees of the United States, including the Drug Enforcement
22 Administration, acting in their individual or official
23 capacities, from all claims, actions or proceedings which are
24 related to or arise out of this action, including, but not
25 limited to, any claim for attorney's fees, costs, and/or
26 interest, that may hereafter be asserted or brought by him or on
27 his behalf.
28      7.   All of the stipulating parties shall execute all

CV 07-5492 Sr.                          4

documentation necessary to carry out their agreement.  Each party shall bear its own costs of litigation and attorney's fees.  Each party waives its right to appeal.  This Consent Judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

8.   The district court retains jurisdiction over this case and the parties hereto to effectuate the terms of their agreement and this Consent Judgment.  There being no just reason for delay, the clerk is hereby directed to enter this Consent Judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, which constitutes a final judgment as to the interests of Escobar Sr. in the defendant assets.

**IT IS SO ORDERED.**

DATED: 5-8-09

_____
THE HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney

_____
MONICA E. TAIT
Assistant United States Attorney

All that certain real property situated in the County of Los Angeles, State of California, described as follows:

Parcel 1:

Lots 1 and 2 in Block 41 of Tract No. 4190, in the County of Los Angeles, State of California, as per map recorded in Book 48 Pages 7 and 8 of Maps, in the office of the County Recorder of said County.

Except that portion of said Lot 1 conveyed to the State of California by deed recorded in Book 16522, Page 272 Official Records and therein described as follows:

Beginning at the Northeast corner of said Lot; thence Southerly along the Easterly line of said Lot 20.57 feet; thence Westerly in a direct line 113.68 feet to a point in the Northwesterly line of said Lot; thence Northeasterly along said Northwesterly line 17.14 feet to the Northwesterly corner of said Lot; thence Easterly along the Northerly line of said Lot to the point of beginning.

Also except those portions of Lots 1 and 2 in Block 41 of Tract No. 4190, as shown on map recorded in Book 48 Pages 7 and 8 of Maps, in the office of the County Recorder of said County, by deed recorded in Book D2330, Page 817 Official Records, within the following described boundaries:

Beginning at the Southwesterly corner of said Lot 2; thence North 89° 36' 35" East along the Southerly line of said Lot 2 a distance of 20.11 feet to a point, said point being the beginning of a curve concentric with and 38 feet Easterly, measured radially, from a curve concave Easterly, having a radius of 440 feet, tangent to a line parallel with and 20 feet Westerly, measured at right angles, from the Westerly line of Lot 7, said Block, and tangent to a line parallel with and 35 feet Easterly, measured at right angles, from the straight line in Easterly boundary of that certain parcel of land described in deed to Frank G. Valderrama, et ux, recorded on August 08, 1946 as Instrument No. 2527, in Book 23557, Page 50 of Official Records in the Office of the County Recorder of said County, a radial of said concentric curve to said point bears North 80° 09' 29" West; thence Northerly along said concentric curve through a central angle of 10° 45' 33" a distance of 75.49 feet to the beginning of a compound curve concave to the Southeast, having a radius of 25 feet and tangent to the Northerly line of that certain Parcel of land described in Deed to S and H Gas Inc., recorded on July 02, 1957 as Instrument No. 3787, in Book 54951 Page 218 of said Official Records; thence Northeasterly along said compound curve 31.92 feet to said Northerly line; thence North 86° 15' 10" West along said Northerly line 13.21 feet to the Northwesterly boundary of said Lot 1; thence Southwesterly along said Northwesterly boundary of the Northwesterly corner of said Lot 2; thence Southwesterly and Southerly along the Westerly and Westerly boundary of said Lot 2 to the point of beginning.

Exhibit A

6

Parcel 2:

Lot 3 in Block 41 of Tract No. 4190, in the County of Los Angeles, State of California, as per map recorded in Book 48 Pages 7 and 8 of Maps, in the office of the County Recorder of said County.

Except that portion of said Lot, described in the deed recorded on October 08, 1983 as Instrument No. 4768 in Book D2211, Page 165, of Official Records of said Recorders Office.

Assessor's Parcel Number:    5236-019-026
                             5236-019-003

7

File No.: 06915807

All that certain real property situated in the County of Los Angeles, State of California, described as follows:

Parcel 1:

That portion of Lot 8 of Tract 13211, in the City of Baldwin Park, County of Los Angeles, State of California, as per map recorded in Book 270 Page 14 of Maps, in the office of the County Recorder of said County, described as follows:

Beginning at the most Northerly corner of said Lot 8; thence along the Northwesterly line of said Lot South 38° 45' 25" West 106.76 feet; thence South 24° 08' 41" East 147.06 feet to a point in the Southerly line of said Lot, distant Westerly thereon 72.81 feet, measured along said Southerly line from the most Easterly corner of said Lot; thence Easterly along said Southerly line 72.81 feet to said most Easterly corner; thence Northerly and Northwesterly along the Easterly line and the curved Northeasterly line of said Lot, to the point of beginning.

Except the Easterly 10.00 feet of said Lot 8, measured at right angles to the Easterly line of said Lot.

Also except that portion of the above described land lying Southerly of the following described line:

Beginning at a point in the Westerly line of the above described Easterly 10.00 feet of said Lot distant thereon North 9° 09' 42" West 17.84 feet from the Southerly line of said Lot; thence South 85° 36' 31" West 58.17 feet to the point of tangency with a curve concave Northerly having a radius of 160.00 feet; thence Westerly along said curve, through an angle of 3° 48' 16" an arc distance of 10.62 feet to a point in the Westerly line of the above described land that is distant along said Westerly line North 24° 24' 27" West 22.04 feet from the Southerly line of said Lot.

Parcel 2:

That portion of Lot 8 Tract 13211, in the City of Baldwin Park, County of Los Angeles, State of California, as shown on map recorded in Book 270 Page 14 of Maps, in the Office of the County Recorder of said County, described as follows:

Beginning at a point in the Northwesterly line of said Lot 8, distant along said Northwesterly line, South 38° 30' 00" West, 106.76 from the most Northerly corner of said Lot; thence South 38° 30' 00" West along said Northwesterly line, 92.43 feet to a curve concave Northeasterly and having a radius of 160.00 feet; thence from a tangent, bearing South 47° 46' 15" East Southeasterly along said curve, through an angle of 42° 40' 05" an arc distance of 119.57 feet to a point in the Easterly line of the certain parcel of land described as Parcel 2 in the final order of condemnation in Superior Court Case No. 704198, a certified copy thereof having been recorded June 26, 1959 in Book D516 Page 646, in the Office of the County Recorder of said County, said point being distant along said Easterly line, South 24° 24' 04" East 125.02 feet from the point of beginning; thence Northwesterly along said Easterly line, 125.02 feet to said point of beginning

Assessor's Parcel Number: 8556-022-011

Ex. B

8

All that certain real property situated in the County of Los Angeles, State of California, described as follows:

Lot 13 in Block 14 of Brooklyn Heights Ganahl Tract, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 22 Page 17 of Miscellaneous Records of said County.

Assessor's Parcel Number: 5177-033-015

Ex. C

File No.: 06914668

All that certain real property situated in the County of Los Angeles, State of California, described as follows:

Lot 9 in Block 2 of Tract No. 8201, in the City of Long Beach, County of Los Angeles, State of California, as per map recorded in Book 94 Page(s) 39 and 40 of Maps, in the office of the County Recorder of said County.

Except the Northerly 10 feet of said land for road purposes as granted to the State of California, by deed dated May 11, 1951 recorded in Book 36822 Page 28, Official Records.

Assessor's Parcel Number: 7303-012-047

Ex. D

All that certain real property situated in the County of Los Angeles, State of California, described as follows:

Lot 30 of Tract 21566, in the City of West Covina, County of Los Angeles, State of California, as per map recorded in Book 635 Pages 49 and 50 of Maps, in the office of the County Recorder of said County.

Assessor's Parcel Number: 8467-037-004



Ex. E

11

File No.: 06914669

All that certain real property situated in the County of Los Angeles, State of California, described as follows:

Lot 9, Block 7 of Daman and Millards Subdivision of the Shaw Tract, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 19 Page(s) 45 of Maps, in the office of the County Recorder of said County.

Assessor's Parcel Number: 5128-009-009

Ex. F

12

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On May 7, 2009, I served a [PROPOSED] CONSENT JUDGMENT AS TO INTERESTS OF JOSE ESCOBAR, SR. on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO: SEE ATTACHED LIST.**

_X_ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___ Via Hand Delivery

_X_ Via Fax: 310-392-9029 (PAUL GABBERT)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: May 7, 2009 at Los Angeles, California.

TERESA MARTINEZ

**SERVICE LIST**

Paul Gabbert
Law Offices
2115 Main Street
Santa Monica, CA 90405
(BY MAIL AND FACSIMILE)

June Susan Ailin
Aleshire & Wynder
1515 West 190th Street, Suite 565
Gardena, CA 90248

Scott J. Stilman
Adorno, Yoss, Alvarado & Smith
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071